1 | P a g e

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**WILLIAM CHRISTOPHER MALLORY,**            Case No. 19-46707
                                             Chapter 13
        Debtor.                        Judge TUCKER

_____/

DEBTOR'S OBJECTION TO PROOF OF CLAIM

      NOW COMES Debtor, **WILLIAM CHRISTOPHER MALLORY**, by and through his/her undersigned counsel, and for his/her objection submits as follows:

1. **MICHIGAN DEPARTMENT OF TREASURY**, (hereafter, "Creditor") filed a proof of claim on **10/22/2019** (Pacer Claim No. **20**).

2. The Debtor objects to this claim filed by the Creditor in the amount of **$12,095.13** in its entirety.

3. The Creditor asserts on the claim's supplement that Debtor owes $11,813.00 in "MSHDA DELINQUENT"; Debtor has no knowledge of this debt nor does he believe he owes this.

4. Debtor requests a copy of verification of this specific portion of the proof of claim.

    **WHEREFORE**, the Debtor requests this Honorable Court disallow **Claim No. 20** filed by the Creditor and grant any other further relief as this Court deems equitable and just.


Dated:  6/17/2020            **/s/ Anne Sorge**
                                Attorneys for Debtor
                                Charissa Potts (P73247)
                                Anne Sorge (P79468)
                                Freedom Law, PC
                                Kennedy Building
                                18121 E. Eight Mile Rd., Suite 301
                                Eastpointe, MI  48021
                                313.887.0807
                                info@freedomlawpc.com