UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 19-46707

WILLIAM CHRISTOPHER MALLORY,  Chapter 13

        Debtor.  Judge Thomas J. Tucker

_____/

**ORDER FOR FURTHER PROCEEDINGS ON THE DEBTOR'S CLAIM OBJECTION, AND SCHEDULING A FURTHER HEARING**

This case came before the Court for a hearing on September 10, 2020, on the Debtor's objection to the claim filed by the Michigan Department of Treasury (Docket # 42, the "Claim Objection"). Counsel for the Debtor, counsel for the Michigan Department of Treasury, and counsel for the Chapter 13 Trustee each appeared at the hearing, by telephone. For the reasons stated by the Court on the record during that hearing,

IT IS ORDERED that:

1. The Debtor and the Michigan Department of Treasury are each granted leave to conduct discovery regarding the Claim Objection. Such discovery must be completed no later than October 13, 2020.

2. No later than September 17, 2020, the Michigan Department of Treasury must file, as a supplement to its response to the Claim Objection, a copy of the letters referred to in paragraphs 4 and 5 of its response (Docket # 44), and a copy of any other documents it has relating to the "MSHDA DELINQUENT . . . $11,813.00" component of its proof of claim (Claim No. 20-1), including any notice of assessment and any documents regarding any payment plan agreed to by the Debtor.

3. The Court will hold a further, non-evidentiary hearing on the Claim Objection, on **October 22, 2020 at 9:00 a.m.**

4. The hearing scheduled by this Order for 9:00 a.m. on October 22, 2020 will be a status conference conducted by the Chapter 13 Trustee. If a contested hearing before Judge Tucker is still necessary, that hearing will be held at 1:30 p.m. on October 22, 2020.

5. Effective beginning March 16, 2020, Judge Tucker is conducting all Chapter 13 contested hearings by telephone. At least five minutes before the scheduled time for such a hearing, which normally is held at 1:30 p.m., counsel and parties should call (888) 684-8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until

their case is called before unmuting their phone and participating. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

**Signed on September 10, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**